JS-44 (Rev 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Quincey Norwood

### DEFENDANTS

Premier Personal Care, Inc. and Lower Makefield Township

**(b)** County of Residence of First Listed Plaintiff    Bucks County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Bucks County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorneys (Firm Name, Address, and Telephone Number)

Robert Scandone, Esquire
1880 JFK Blvd., Suite 600
Philadelphia, PA 19103

Attorneys (If Known)

Christopher Boyle, Esquire (610-354-8476)
620 Freedom Business Center, Suite 300, King of Prussia, PA 19406
Attorney for Lower Makefield Township

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

X 3. Federal Question (U.S. Government Not a Party)

☐ 4. Diversity (Indicates Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place An "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | x 1 | X 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen of Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE / PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits. | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholder's Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | **IMMIGRATION** | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent, Lease & Ejectment | ☐ 443 Housing / Accommodations | ☐ 530 General | ☐ 426 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 463 Habeas Corpus – Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| | x 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding   X 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

42 U.S.C. 1983   28 USC 1441

Brief description of cause:

Excessive Force

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   Yes   No

## VIII. RELATED CASE(S) IF ANY

(See instructions)   JUDGE   N/A   DOCKET NUMBER

DATE

June 25, 2013

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

| RECEIPT # | | AMOUNT | | APPLYING IFP | | JUDGE | | MAG. JUDGE | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | |
|---|---|
| **Quincey Norwood** | : **CIVIL ACTION** |
| | : |
| **v.** | : |
| **Premier Personal Care, Inc. and Lower** | : |
| **Makefield Township** | : **NO.** |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)  Habeas Corpus-Cases brought under 28 U.S.C. §2241through §2255.                    ( )

(b)  Social Security-Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.                           ( )

(c)  Arbitration-Cases require to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d)  Asbestos-Cases involving claims for personal injury or property damage from
exposure to asbestos.                                                                    ( )

(e)  Special Management-Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court.  (See reverse side of this form for a detailed explanation of special
management cases.)                                                                       ( )

(f)  Standard Management--Cases that do not fall into any one of the other tracks.       (X)

| | | |
|---|---|---|
| | | Defendant, Lower |
| | | Makefield Township |
| 5/25/13 | Attorney-at-law | Attorney for |
| Date | | |
| | | |
| (610) 354-8476 | (610) 354-8299 | cpboyle@mdwcg.com |
| Telephone | FAX Number | E-Mail Address |

(Civ. 660)  10/02

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA--DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   2 Radcliffe Road, Yardley, PA 19067

Address of Defendant:    1100 Edgewood Road, Yardley, PA 19067

Place of Accident, incident or Transaction _____

*(Use Reverse Side For Additional Space)*

Does this case involve multidistrict litigation possibilities?          Yes ☐     No ☒

*RELATED CASE IF ANY*

Case Number : _____     Judge _____     Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?          Yes ☐     No X

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?          Yes ☐     No X

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?          Yes ☐     No X

CIVIL: (Place 4in *ONE CATEGORY ONLY*)

*A. Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act--Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor
7. ☒ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases (Please specify)
10. ☐ Social Security Review Cases
11. ☐ All other Federal Questions Cases (please specify)

*B. Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability--Asbestos
9. ☐ All other Diversity Cases (Please specify)

## ARBITRATION CERTIFICATION

*(Check appropriate category)*

I,   Christopher Boyle,  Esquire _____   of record do hereby certify:

☒   Pursuant to Local Civil Rule 8, Section 4(a)(2), that to the best of my knowledge and belief, the alleged damages
recoverable in this civil action case exceed the sum of $150,000 exclusive of interest and cost;

☐   Relief other than monetary damages is sought.

DATE:   6/25/13 _____   _____   93002 _____

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P.38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously
terminated action in this court except as noted above.

DATE:   6/25/13 _____   _____   93002 _____
Attorney-at-Law                    Attorney I.D. #

CIV.609
(Rev. 9/99)

04108-00516   26/2283726.v1
**MARSHALL DENNEHEY WARNER**
**COLEMAN & GOGGIN**                    **Jury Trial Demanded by Defendant**
**BY:** Christopher Boyle, Esquire
ID# 93002
620 Freedom Business Center, Suite 300
King of Prussia, PA   19406
(610) 354-8476

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Quincey Norwood                              : Civil Action No.
                                             :
            v.                               :
                                             :
Premier Personal Care, Inc. and              :
Lower Makefield Township                     :
                                             :

## IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA

Quincey Norwood                              : Civil Action No. 2013-04218
                                             :
            v.                               :
                                             :
Premier Personal Care, Inc. and              :
Lower Makefield Township                     :
                                             :

## <u>NOTICE OF REMOVAL</u>

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Defendant, Lower Makefield Township, by and through its undersigned counsel,

Marshall Dennehey Warner Coleman & Goggin and Christopher Boyle, Esquire, hereby remove

the above-captioned matter to this Honorable Court and provide notice of same to the Plaintiff.

In support of the removal, Defendant avers:

1.  Plaintiff instituted this action by filing a Complaint in the Court of Common Pleas of Bucks County on or about June 5, 2013.  (A copy of Plaintiff's Complaint is attached hereto as Exhibit "A").

2.  Plaintiff served the Complaint on defendant thereafter.

3.  Plaintiff's Complaint avers a cause of action pursuant to 42 U.S.C. §1983 as well as pendent state tort claims.

4.  The above-described Civil Action is one in which this Honorable Court has original jurisdiction pursuant to 28 U.S.C. §1331 based upon the fact that Plaintiff's Complaint avers a cause of action arising out of Federal law, and thereby raising a Federal question.  This case, therefore, should be removed to this Honorable Court by notice pursuant to 28 U.S.C. §1441.

WHEREFORE, Defendant respectfully request the above-captioned action currently pending in the Court of Common Pleas of Bucks County, be removed to this Honorable Court.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

CHRISTOPHER BOYLE, ESQUIRE
Attorney for Defendant, Lowe Makefield Twp.

DATE: 6-25-13

2

## VERIFICATION

CHRISTOPHER BOYLE, ESQUIRE, hereby states that he is attorney for Defendant,

Lower Makefield Township, herein and verifies that the statements made in the foregoing Notice of

Removal are true and correct to the best of his knowledge, information, and belief.  The undersigned

understands that the statements therein are made subject to the penalties of 18 Pa. C.S. section 4904

relating to unsworn falsification to authorities.

_____
CHRISTOPHER BOYLE, ESQUIRE

DATED: 6-25-13

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Quincey Norwood | : Civil Action No. |
| | : |
| v. | : |
| | : |
| Premier Personal Care, Inc. and | : |
| Lower Makefield Township | : |
| | : |

**IN THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA**

| | |
|---|---|
| Quincey Norwood | : Civil Action No. 2013-04218 |
| | : |
| v. | : |
| | : |
| Premier Personal Care, Inc. and | : |
| Lower Makefield Township | : |
| | : |

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher Boyle, Esquire, do hereby certify that a true and correct copy of Defendant, Lower Makefield Township's Notice of Removal was served upon all parties by first class mail on the below listed date at the following address:

Robert Scandone, Esquire
1880 JFK Blvd., Suite 600
Philadelphia, PA 19103

Premier Personal Care, Inc.
333 Oxford Valley Road, Suite 102
Fairless Hills, PA 19030

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

CHRISTOPHER BOYLE, ESQUIRE
Attorney for Defendant, Lower Makefield Twp.

DATE: 6-25-13